Case 3:10-cv-00404-JPG-SCW   Document 1   Filed 05/28/10   Page 1 of 5   Page ID #1

FILED
MAY 28 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

JOE LYELL
_____
Plaintiff(s)

v.

IL DEPT OF HUMAN SERVICES
DIVISION OF REHABILITATION SERVICES
_____
Defendant(s)

Case Number: 10-404-JPG-CJP
(To be supplied by Clerk's Office)

# EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against IDHS - DIVISION OF REHABILITATION SERVICES [defendant(s)] for discrimination as set forth below.

Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff: 107 TAYLOR AVE, CARTERVILLE IL 62918
618-923-3793

Name and Address of Defendant(s): 100 S. GRAND AVE. EAST, SPRINGFIELD IL 62762

(Rev. 4/2010)            -1-

The plaintiff was:

 ☐ denied employment by the defendant(s).

 ☐ hired and is still employed by the defendant(s).

 ☐ employed but is no longer employed by the defendant(s).
 ☒ DENIED REASONABLE ACCOMMODATIONS TO MAINTAIN EMPLOYMENT

The alleged discrimination began on or about: _____ (give month, day, and year). BEGAN 3/27/06 THROUGH 11/2006

## II. JURISDICTION

1. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

 ☐ **Sex** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

 ☐ **Race** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)

 ☐ **Age** (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

 ☒ **Disability** (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

 ☐ **National Origin** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

 ☐ **Religion** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

 ☐ **Other** (list): _____

2. Plaintiff ☒ Has ☐ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

Plaintiff ☐ Has ☒ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

3. Plaintiff's Right to Sue Notice from the EEOC was received on or about 3/23/10 (date). **[Attach a copy of Notice of Right to Sue to this complaint]**.

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

DEFENDANT FAILED TO ACKNOWLEDGE AND RESPOND TO PLAINTIFF'S REQUESTS FOR REASONABLE ACCOMMODATIONS IN A TIMELY MATTER. THE DEFENDANT TOOK NO INITIATIVE TO EXPLORE REASONABLE ACCOMMODATIONS WHILE KNOWING ABOUT THE DEFENDANTS INJURY AND RESIDUAL HEALTH CONCERNS.

## IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

1. RETURN FROM MEDICAL LEAVE. ~~APPROX. OCT/NOV 2005~~ MARCH 2004 (RESIDUAL PROBLEMS - LIGHTNING INJURY)
2. TURNED IN DOCTORS LETTER TO RETURN TO WORK WITH REASONABLE ACCOMMODATIONS TO ENSURE HEALTH AND EMPLOYMENT SUCCESS (MARCH 27, 2006)
3. TWO MONTHS LATER - NO ACKNOWLEDGMENT OF ANYTHING REGARDING ACCOMMODATIONS.
4. I WAS DIRECTED THEN TO FILL OUT DMS FORMS IF I WANTED ACCOMMODATIONS AND HAD TO GET DOCTORS SIGNATURE AGAIN. I HAD TO INQUIRE ON PREVIOUS LETTER OR WOULDN'T KNOW THIS.
5. E-MAILS TO CHECK STATUS ONCE AGAIN - NO RESPONSE IN RETURN - NO ACKNOWLEDGEMENT OF ANY REQUESTS.
6. AUG 2006 - WIFE CALLS SPRINGFIELD OUT OF FRUSTRATION AND SPEAKS WITH LISA (?) WHO PROCESSES REQUESTS. LISA STATES SHE HAS NO REQUESTS FROM ME AND CALLS JOAN CUMMINS, SUPERVISOR. LISA CALLS MY WIFE BACK APPOLOGIZING SAYING THE SUPERVISOR KEPT THEM AND WAITED TO SEE IF I WOULD NEED THEM. SHE SAYS IT WAS ILLEGAL TO DO THAT.
7. SEPT 2006 - SUE MASTEN FROM CENTRAL OFFICE SPRINGFIELD CALLS ME AND IS DISMISSIVE DURING THE ENTIRE CONVERSATION.
8. NOV 2006 - NOTHING - DOCTOR TOOK ME OFF WORK PERMANENTLY. I GOT SOCIAL SECURITY DISABILITY SPRING 2007.

## V. RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).

- ☒ An award of back pay
- ☐ Reinstatement to Plaintiff's old position
- ☒ Costs of suit (but not attorney fees)
- ☒ An award of money damages
- ☐ Other (explain below)

Signed on: 5/27/10
(date)

107 TAYLOR AVE.
Street Address

CARTERVILLE IL 62918
City, State, Zip

_____
Signature of Petitioner

JOE LYELL
Printed Name

_____
Signature of Attorney (if any)

(Rev. 4/2010)                                      -4-

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Joe E. Lyell
107 Taylor Ave
Carterville, IL 62918

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

Certified Mail 7099 3400 0018 8817 9833 CP

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-04312 | Daniel Lim, Intake Supervisor | (312) 886-9839 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
John P. Rowe,
District Director

3/23/2010
(Date Mailed)

Enclosures(s)

cc:

**IL DEPT OF HUMAN SERVICES**