UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE LYELL,

    Plaintiff,

        v.                       Case No. 10-cv-404-JPG-SCW

ILLINOIS DEPARTMENT OF HUMAN
SERVICES,

    Defendant.

## MEMORANDUM AND ORDER

        This matter comes before the Court for case management purposes.   There is no evidence in the record that service of process has been effected upon the defendant within 120 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m).   Accordingly, the Court hereby **ORDERS** the plaintiff to **SHOW CAUSE** on or before September 28, 2012, why this case should not be dismissed without prejudice for failure to timely effect service.   Failure to respond in a timely manner to this order will result in dismissal of this action.

**IT IS SO ORDERED.**
**DATED: September 13, 2012**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**